# Court of Appeals
# of the State of Georgia

ATLANTA,    July 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0448.  MARLANDO DERRICK RHODES v. THE STATE.**

Marlando Derrick Rhodes filed an application for discretionary review seeking to appeal the trial court's order revoking his probation.  Rhodes included a copy of the order, but it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1]  See OCGA § 5-6-35 (d); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on July 1, 2013, we ordered Rhodes to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We provided that failure to comply with this directive would result in dismissal of the application.  Rhodes has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the July 1, 2013 order.  Accordingly, Rhodes's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/19/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*

---

[1] Although the order did not contain a stamped "filed" date, the order was signed by the judge on April 23, 2013.  Unless the entry of the order was delayed by more than a month, the June 25, 2013 application for discretionary appeal would be untimely.